IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GIAN ENRIQUE ROJAS-MATOS, ET AL.,<br>Defendants. | CASE NO. 99-326(JAF) |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE
ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of August 20, 2004, Daniel J. Vaccaro is not the Assistant United States Attorney responsible for the prosecution of the above-referenced case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Daniel J. Vaccaro as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico  this 20th day of November, 2006.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*S/Jeanette Mercado-Ríos*
Jeanette Mercado-Ríos
USDC No. 206708
Assistant United States Attorney
United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398
Email: jeanette.mercado@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico this 20th day of November, 2006.


*S/Jeanette Mercado-Ríos*
Assistant U.S. Attorney